UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH HANSEN, ) | |
| ) | CIVIL ACTION NO.: |
| *Plaintiff,* ) | 3:14-cv-001688-JAM |
| ) | |
| v. ) | |
| ) | |
| JONES LANG LASALLE AMERICAS, ) | |
| INC., ) | |
| ) | |
| *Defendant*. ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Jones Lang LaSalle Americas, Inc., states that Jones Lang LaSalle Americas, Inc. is a wholly owned subsidiary of Jones Lang LaSalle Incorporated.

Dated: January 13, 2015     RESPECTFULLY SUBMITTED,
Hartford, Connecticut          THE DEFENDANT,
                              JONES LANG LASALLE AMERICAS, INC.


By:  */s/ Pamela J. Moore*
    Pamela J. Moore (ct08671)
    Tiffany R. Hubbard (ct28247)
    McCarter & English, LLP
    CityPlace I
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.:  (860) 275-6700
    Fax:  (860) 724-3397
    Email:  pmoore@mccarter.com
    Email:  thubbard@mccarter.com
    Its Attorneys

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was filed electronically, this 13th day of January, 2015.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  */s/ Tiffany R. Hubbard*
                                                  Tiffany R. Hubbard (ct28247)

ME1 19670435v.1