UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH HANSEN, ) | |
| ) | CIVIL ACTION NO.: |
|     *Plaintiff,* ) | 3:14-cv-001688-JAM |
| ) | |
| v. ) | |
| ) | |
| JONES LANG LASALLE AMERICAS, ) | |
| INC., ) | |
| ) | |
|     *Defendant*. ) | |

## ANSWER

Defendant Jones Lang LaSalle Americas, Inc. ("Jones Lang LaSalle" or "Defendant"), by and through its attorneys, McCarter & English, LLP, responds to Plaintiff's Complaint as follows:

## PARTIES

1.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1.

2.  Defendant denies the allegations in Paragraph 2, except admits Defendant is a Maryland corporation with a principal place of business located at 200 East Randolph Drive, Chicago, Illinois 60601.

3.  The allegations in Paragraph 3 are legal conclusions to which no response is required.

4.  The allegations in Paragraph 4 are legal conclusions to which no response is required.

## JURISDICTION AND VENUE

5.  Defendant admits the allegations in Paragraph 5.

6.  Defendant admits the allegations in Paragraph 6.

7.  Defendant denies the allegations of Paragraph 7.

**GENERAL ALLEGATIONS**.

8. Defendant admits the allegations in Paragraph 8.

9. Defendant admits the allegations in Paragraph 9.

10. Defendant admits the allegations in Paragraph 10.

11. Defendant admits the allegations in Paragraph 11.

12. Defendant admits the allegations in Paragraph 12.

13. Defendant admits the allegations in Paragraph 13, except denies the allegations to the extent they suggest that 2011 was the first time Plaintiff was informed of the OE-2 licensing job requirement.

14. Defendant admits the allegations in Paragraph 14, except denies the allegations to the extent they suggest that Plaintiff took all necessary steps to obtain her OE-2 license.

15. Defendant admits the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16.

17. Defendant admits the allegations in Paragraph 17.

18. Defendant denies the allegations in Paragraph 18.

19. Defendant admits the allegations in Paragraph 19.

20. Defendant admits the allegations in Paragraph 20.

21. Defendant denies the allegations in Paragraph 21 to the extent they suggest that the other night shift employee had not passed the OE-2 license test in May 2011 and was not qualified to perform OE-2 work at that time; Defendant admits that the other night shift employee was not in possession of the physical OE-2 license as of June 8, 2011.

22. Defendant denies the allegations in Paragraph 22 to the extent they suggest that the other night shift employee had not passed the OE-2 license test in May 2011 and was not

qualified to perform OE-2 work at that time; Defendant admits that the other night shift employee was not in possession of the physical OE-2 license as of June 8, 2011.

23. Defendant denies the allegations in Paragraph 23.

24. Defendant denies the allegations in Paragraph 24, except admits that Plaintiff, at some unspecified time, called Mr. Oswald and told him she passed the OE-2 test.

25. Defendant denies the allegations in Paragraph 25.

26. Defendant admits the allegations in Paragraph 26.

27. Defendant denies the allegations in Paragraph 27.

28. Defendant denies the allegations in Paragraph 28, except admits that Defendant offered to re-hire Plaintiff on January 4, 2012, after she obtained her OE-2 license.

29. Defendant denies the allegations in Paragraph 29.

30. Defendant denies the allegations in Paragraph 30.

31. Defendant admits the allegations in Paragraph 31.

32. Defendant admits the allegations in Paragraph 32.

33. Defendant admits the allegations in Paragraph 33.

34. Defendant denies the allegations in Paragraph 34.

35. Defendant admits the allegations in Paragraph 35.

36. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 36, except admits the EEOC issued a right to sue letter dated August 19, 2014.

## FIRST COUNT
### (Gender Discrimination in Violation of Title VII as to Defendants)

1. Defendant incorporates its answers to Paragraphs 1-36 as if fully set forth herein.

37. [1]Defendant denies the allegations in Paragraph 37.

38. Defendant denies the allegations in Paragraph 38.

39. Defendant denies the allegations in Paragraph 39.

40. Defendant denies the allegations in Paragraph 40.

41. Defendant denies the allegations in Paragraph 41.

42. Defendant denies the allegations in Paragraph 42.

## DEFENSES TO THE COMPLAINT

### FIRST DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claim, in whole or in part, is barred by the applicable statutes of limitations.

### THIRD DEFENSE

All actions taken by Defendant with respect to Plaintiff were based on legitimate business reasons and were made in good faith compliance with all applicable laws.

### FOURTH DEFENSE

Plaintiff has failed to mitigate any alleged damages.

### FIFTH DEFENSE

The Complaint fails to state a claim for which compensatory, punitive damages, liquidated damages and other relief sought in the Complaint may be awarded.

### SIXTH DEFENSE

Defendant's actions were not the proximate cause of any alleged economic, psychological or emotional injuries claimed by Plaintiff.

---

[1] The numbering in the complaint skips to number 37.

Jones Lang LaSalle reserves its right to assert further defenses should such further defenses become known to it during the litigation of this action.

WHEREFORE, Jones Lang LaSalle requests that this Court:

a. Dismiss Plaintiff's Complaint with prejudice;

b. Award Jones Lang LaSalle attorneys' fees and costs of suit;

c. Award Jones Lang LaSalle such other relief as the Court may deem just and equitable.

Dated: May 12, 2015  
Hartford, Connecticut

RESPECTFULLY SUBMITTED,  
THE DEFENDANT,  
JONES LANG LASALLE AMERICAS, INC.

By: */s/ Pamela J. Moore*  
    Pamela J. Moore (ct08671)  
    Tiffany R. Hubbard (ct28247)  
    McCarter & English, LLP  
    CityPlace I  
    185 Asylum Street  
    Hartford, Connecticut 06103  
    Tel.: (860) 275-6700  
    Fax: (860) 724-3397  
    Email: pmoore@mccarter.com  
    Email: thubbard@mccarter.com  
    Its Attorneys

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed electronically, this 12th day of May, 2015.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                */s/ Tiffany R. Hubbard*
                                                Tiffany R. Hubbard (ct28247)